[**Dovacate**] [District Order Vacating]

ORDERED.

**Dated: March 23, 2022**

_____

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                            Case No.
                                                  6:21–ap–00167–LVV
                                                  Chapter 0

_____   Debtor*            /

ORDER VACATING ORDER DENYING MOTION FOR ENTRY OF DEFAULT

   THIS CASE came on for consideration on the Court's own motion for the purpose of considering the entry of an appropriate order. The Court has considered the record and finds that on March 23, 2022 , this Court erroneously entered an order titled Order Denying Motion for Entry of Default (Doc. No. 31 ) in the above–captioned case and that the Order Denying Motion for Entry of Default should, therefore, be vacated. Accordingly, it is

   **ORDERED** that the Order Denying Motion for Entry of Default is hereby vacated.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.