[Dovacate] [District Order Vacating]

ORDERED.

**Dated: March 25, 2022**

_Lori V. Vaughan_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                         Case No.
                                                                                                      6:21–ap–00167–LVV
                                                                                                      Chapter 0

_____Debtor*_____/

AMENDED ORDER VACATING ORDER DENYING MOTION FOR ENTRY OF DEFAULT
Amended to reflect Correct Caption of Case

   THIS CASE came on for consideration on the Court's own motion for the purpose of considering the entry of an appropriate order. The Court has considered the record and finds that on March 23, 2022 , this Court erroneously entered an order titled Order Denying Motion for Entry of Default (Doc. No. 31 ) in the above−captioned case and that the Order Denying Motion for Entry of Default should, therefore, be vacated. Accordingly, it is

   **ORDERED** that the Order Denying Motion for Entry of Default is hereby vacated.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.