UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                               Case No. 6:20-bk-07071-LVV
                                                     Chapter 11
EVERGREEN MORTGAGE
NOTES, LLC

      Debtor.

_____

EVERGREEN MORTGAGE
NOTES, LLC, a Florida Limited Liability
Company,

      Plaintiff,

v.                                                   Adversary No. 6:21-ap-00167-LVV

MAX THRUSH, 2nd CHANCES,
LLC and WILDCAT LENDING,
FUND ONE, LP

### DEFENDANT WILDCAT LENDING FUND ONE, LP'S ANSWER TO PLAINITFF'S AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

      COMES NOW, Defendant Wildcat Lending Fund One, LP ("Wildcat"), and files this Original Answer to Plaintiff's Amended Complaint (Dkt. 48) and would show the following:

### <u>VENUE AND JURISDICTION</u>

      1.    Defendant Wildcat admits the allegations in Paragraph 1 of the Amended Complaint.

      2.    Defendant Wildcat admits the allegations in Paragraph 2 of the Amended Complaint.

3.      Defendant Wildcat is without knowledge to admit or deny the allegations in Paragraph 3 of the Amended Complaint, thus they are denied.

4.      Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 4 of the Amended Complaint, thus they are denied.

## THE PARTIES

5.      Defendant Wildcat admits the allegations in Paragraph 5 of the Amended Complaint.

6.      Defendant Wildcat admits the allegations in Paragraph 6 of the Amended Complaint.

7.      Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 7 of the Amended Complaint, thus they are denied.

8.      Defendant Wildcat admits the allegations in Paragraph 8 of the Amended Complaint.

## FACTUAL BACKGROUND

9.      Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 9 of the Amended Complaint, thus they are denied.

10.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 10 of the Amended Complaint, thus they are denied.

11.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 11 of the Amended Complaint, thus they are denied.

12.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 12 of the Amended Complaint, thus they are denied.

13.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 13 of the Amended Complaint, thus they are denied.

14.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 14 of the Amended Complaint, thus they are denied.

15.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 15 of the Amended Complaint, thus they are denied.

16.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 16 of the Amended Complaint, thus they are denied.

17.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 17 of the Amended Complaint, thus they are denied.

18.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 18 of the Amended Complaint, thus they are denied.

19.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 19 of the Amended Complaint, thus they are denied.

20.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 20 of the Amended Complaint, thus they are denied.

21.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 21 of the Amended Complaint, thus they are denied.

22.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 22 of the Amended Complaint, thus they are denied.

23.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 23 of the Amended Complaint, thus they are denied.

24.    Defendant Wildcat admits that the email speaks for itself, all allegations in Paragraph 24 of the Amended Complaint are denied.

25.    Defendant Wildcat denies the allegations in Paragraph 25 of the Amended Complaint.

26.    Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 26 of the Amended Complaint.

27.    Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 27 of the Amended Complaint.

28.    Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 28 of the Amended Complaint, thus they are denied.

29.    Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 29 of the Amended Complaint.

30.    Defendant Wildcat denies as to Wildcat, is without sufficient information to admit or deny the remainder of the allegations in Paragraph 30 of the Amended Complaint.

31.    Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 31 of the Amended Complaint, thus they are denied.

32.    Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 32 of the Amended Complaint, thus they are denied.

33.    Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 34 of the Amended Complaint, thus they are denied.

34.    Defendant Wildcat admits the allegations in Paragraph 34 of the Amended Complaint.

35.     Defendant Wildcat admit documents speak for themselves, otherwise deny the allegations in Paragraph 35 of the Amended Complaint.

36.     Defendant Wildcat admit documents speak for themselves, otherwise deny the allegations in Paragraph 36 of the Amended Complaint.

37.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 37 of the Amended Complaint.

38.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 38 of the Amended Complaint.

39.     Defendant Wildcat denies the allegations in Paragraph 39 of the Amended Complaint.

40.     Defendant Wildcat denies the allegations in Paragraph 40 of the Amended Complaint.

41.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 41 of the Amended Complaint, thus they are denied.

## COUNT 1: BREACH OF CONTRACT
### (against Thrush and 2nd Chances)

42.     Defendant Wildcat incorporates the above admissions and denials.

43.     Defendant Wildcat admits the allegations in Paragraph 43 of the Amended Complaint.

44.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 44 of the Amended Complaint, thus they are denied.

45.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 45 of the Amended Complaint, thus they are denied.

46.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 46 of the Amended Complaint, thus they are denied.

47.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 47 of the Amended Complaint, thus they are denied.

48.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 48 of the Amended Complaint, thus they are denied.

49.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 49 of the Amended Complaint, thus they are denied.

50.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 50 of the Amended Complaint, thus they are denied.

51.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 51 of the Amended Complaint, thus they are denied.

52.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 52 of the Amended Complaint, thus they are denied.

53.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 53 of the Amended Complaint, thus they are denied.

54.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 54 of the Amended Complaint, thus they are denied.

### COUNT II: CIVIL CONSPIRACY
### (against Thrush, 2nd Chances, and Wildcat)

55.     Defendant Wildcat incorporates the above admissions and denials.

56.     Defendant Wildcat admits the allegations in Paragraph 56 of the Amended Complaint.

57.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 57 of the Amended Complaint, thus they are denied.

58.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 58 of the Amended Complaint, thus they are denied.

59.     Defendant Wildcat admits the allegations in Paragraph 59 of the Amended Complaint.

60.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 60 of the Amended Complaint, thus they are denied.

61.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 61 of the Amended Complaint, thus they are denied.

62.     Defendant Wildcat admits it provided financing. Defendant Wildcat denies the remaining allegations in Paragraph 62 of the Amended Complaint.

63.     Defendant Wildcat denies the allegations in Paragraph 63 of the Amended Complaint.

64.     Defendant Wildcat denies the allegations in Paragraph 64 of the Amended Complaint.

65.     Defendant Wildcat denies the allegations in Paragraph 65 of the Amended Complaint.

66.     Defendant Wildcat denies the allegations in Paragraph 66 of the Amended Complaint.

## COUNT III: KNOWING PARTICIPATION
### (against Wildcat only)

67.     Defendant Wildcat incorporates the above admissions and denials.

68.     Defendant Wildcat admits the allegations in Paragraph 68 of the Amended Complaint.

69.      Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 69 of the Amended Complaint, thus they are denied.

70.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 70 of the Amended Complaint, thus they are denied.

71.     Defendant Wildcat admits the allegations in Paragraph 71 of the Amended Complaint.

72.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 72 of the Amended Complaint, thus they are denied.

73.     Defendant Wildcat is without sufficient information to admit or deny the allegations in Paragraph 73 of the Amended Complaint, thus they are denied.

74.     Defendant Wildcat denies the allegations in Paragraph 74 of the Amended Complaint.

75.     Defendant Wildcat denies the allegations in Paragraph 74 of the Amended Complaint.

76.     Defendant Wildcat denies the allegations in Paragraph 74 of the Amended Complaint.

<u>**COUNT IV: AIDING AND ABETTING**</u>
**(against Wildcat only)**

77.     Defendant Wildcat incorporates the above admissions and denials.

78.     Court IV was dismissed by the Court, thus no response is required.

79.     Court IV was dismissed by the Court, thus no response is required.

80.     Court IV was dismissed by the Court, thus no response is required.

81.    Court IV was dismissed by the Court, thus no response is required.

82.    Court IV was dismissed by the Court, thus no response is required.

83.    Court IV was dismissed by the Court, thus no response is required.

84.    Court IV was dismissed by the Court, thus no response is required.

85.    Court IV was dismissed by the Court, thus no response is required.

86.    Court IV was dismissed by the Court, thus no response is required.

## **AFFIRMATIVE DEFENSES**

87.    Defendant Wildcat pleads the affirmative defense of contributory negligence.

88.    Defendant Wildcat pleads the affirmative defense of pari delicto.

89.    Defendant Wildcat pleads the affirmative defense of payment.

90.    Defendant Wildcat pleads the affirmative defense of release.

91.    Defendant Wildcat pleads the affirmative defense of res judicata.

92.    Defendant Wildcat pleads the affirmative defense of statute of frauds.

93.    Defendant Wildcat pleads the affirmative defense of statute of limitations.

94.    Defendant Wildcat pleads the affirmative defense of waiver.

Dated September 28, 2022,

Respectfully Submitted,

**THE POTTS LAW FIRM, LLP**
*/s/ Christopher Lindstrom*
J. Ryan Fowler
Florida Bar No.: 1028793
Christopher D. Lindstrom (*pro hac vice*)
POTTS LAW FIRM, LLP
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
Tel: (713) 963-8881
Email: rfowler@potts-law.com
clindstrom@potts-law.com
ATTORNEY FOR DEFENDANT
WILDCAT LENDING FUND ONE, LP

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the parties in accordance with the Federal Rules of Civil Procedure on September 28, 2022.

**VIA ECF**
Jason A. Breslin
Andrew S. Ballentine
DEBEAUBIEN, SIMMONS, KNIGHT,
MANTZARIS & NEAL, LLP
332 N. Magnolia Avenue
Orlando, FL 32801
**ATTORNEY FOR PLAINTIFF**
**EVERGREEN MORTGAGE NOTES, LLC**

**VIA CERTIFIED MAIL**
Max Thrush
4616 West Sahara Avenue, #173
Las Vegas, NK 89102

**VIA CERTIFIED MAIL**
2nd Chances, LLC
c/o Max Thrush
4616 West Sahara Avenue, #173
Las Vegas, NK 89102


*/s/ Christopher Lindstrom*
**CHRISTOPHER LINDSTROM**